**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00265-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SIDNEY GARY,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. The revocation of supervised release hearing set for October 20, 2011, is **VACATED** and is **CONTINUED** pending further order of court. A motion to withdraw or a motion for clarification of representation of the defendant may be filed by **October 21, 2011**.

    Dated: October 13, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.