**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00265-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SIDNEY GARY,

    Defendant.

## MINUTE ORDER[1]

On **November 30, 2011**, commencing at 11:00 a.m., the court shall conduct a revocation of supervised release hearing in this matter. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: November 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.